IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  11-cr-00027-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY DESHAUN MITCHELL,

    Defendant.

___

ORDER
___

    As set forth on the record at the hearing held on March 24, 2011, IT IS HEREBY ORDERED that:

    1) Defendant's Unopposed Motion for an Exclusion of 45 Days from Speedy Trial Act and for Extension of Time to File Pretrial Motions [ Doc # 17] is GRANTED, and the speedy trial clock is tolled until May 10, 2011; and

    2) A further status and scheduling hearing is set for Friday, May 6, 2011 at 8:30 a.m.

Dated: March   24  , 2011, in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE