**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00027-LTB

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.     COREY D. MITCHELL,

          Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 21 - filed May 9, 2011), a change of plea hearing regarding Defendant Mitchell is set **Friday, June 17,  2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.



Dated:  May 10, 2011

_____