**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00027-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      COREY D. MITCHELL,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that the change of plea hearing regarding Defendant Mitchell is set **Tuesday, August 2, 2011 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  June 20, 2011