**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00027-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     COREY D. MITCHELL,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of both counsel, the change of plea hearing regarding Defendant Mitchell set **Tuesday, August 2, 2011 is VACATED and RESET for Friday, August 19, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  July 26, 2011